

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00873-CR

Christopher Paul **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR6461
Honorable Joey Contreras, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of jurisdiction.

It is so **ORDERED** on January 16, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
Keith E. Hottle, Clerk of Court